## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE MYNAHAN, | : ELECTRONICALLY FILED |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 2:06-CV-01650 |
| vs. | : |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : THE HONORABLE DONETTA W. AMBROSE |
| Defendant. | : |

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Suzanne Mynahan and Defendant Hartford Life and Accident Insurance Company, by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own attorneys' fees and costs.

Date:   March 20, 2007                             Respectfully submitted,

s/      *John W. McTiernan*                        s/      *Brian P. Downey*
John W. McTiernan, Esquire                         Brian P. Downey (PA 60327)
Caroselli, Beachler, McTiernan & Conboy            PEPPER HAMILTON LLP
8th Floor                                          Suite 200, 100 Market Street
312 Boulevard of the Allies                        P.O. Box 1181
Pittsburgh, PA  15222                              Harrisburg, PA 17108-1181
Email:      jwm@cbmclaw.com                        Phone:      (717) 255-1155
*Attorney for Plaintiff Suzanne Mynahan*           Fax:        (717) 238-0575
                                                   Email:      downeyb@pepperlaw.com
                                                   *Attorney for Hartford Life and Accident Insurance Company*


                              APPROVED BY THE COURT:

                              /s/ Donetta W. Ambrose

                              Donetta W. Ambrose
                              United States District Judge